UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| DIOCELINA SANTANDER,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security Administration,<br><br>        Defendant. | Case No. CV 06-6316-JWJ<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO FILE MOTION FOR SUMMARY JUDGMENT** |

By Order filed November 27, 2007, plaintiff was ordered to file a Motion for Summary Judgment. Thus, pursuant to this Court's November 27, 2007 order, the Motion for Summary Judgment was due on or before January 27, 2008. However, the court's docket shows that as of the date of this Order, no Motion for Summary Judgment has been filed.

Plaintiff shall appear before Magistrate Judge Jeffrey W. Johnson, at **10:30 a.m. on March 6, 2008**, in Courtroom "C" on the 8th floor, United States Courthouse, 312 North Spring Street, Los Angeles, California, to show cause why this action should not be dismissed for violation of this Court's previous Order.

If the plaintiff objects to such dismissal, plaintiff shall:

      1. Appear in person (or by counsel) on the date specified;

      2. File a jointly executed stipulation for voluntary remand; or

      3. File the Motion for Summary Judgment required by this Court's November 27, 2007 order.

If there are no objections to the proposed dismissal, plaintiff shall so inform the Clerk in writing and the hearing will be taken off calendar.

If a Motion for Summary Judgment is filed within the **ten (10) days** prior to the hearing date, the Order to Show Cause re Dismissal will be taken off-calendar and plaintiff and/or their respective counsel need not appear.

DATED:  February 12, 2008

                                                  /s/  
                                    JEFFREY W. JOHNSON  
                                  United States Magistrate Judge